ALEXANDER B. CVITAN (SBN 81746),
MARSHA M. HAMASAKI (SBN 102720), and
ANDREW L. BIRNBAUM (SBN 174912), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com

**E-FILED 09-17-08**
**JS-6**

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SARGON ISHAYA, an individual doing business as ICON ENGINEERING,<br><br>　　　　　　Defendant. | NO. CV 07-8299 GHK (RNBx)<br><br>[~~PROPOSED~~] ORDER RE: DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation for Dismissal With Prejudice filed by Plaintiff CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, and Defendant SARGON ISHAYA, an individual doing business as ICON ENGINEERING,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.  The parties shall each bear their own attorneys fees and costs.

Dated: 9/16/08

_____
HON. GEORGE H. KING, Judge
UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT